EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Kristina Lee Díaz Cooper | 2019 TSPR 84 <br><br> 202 DPR ____ |

Número del Caso: TS-16,302

Fecha: 6 de mayo de 2019

Abogado de la parte peticionaria:

      Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Kristina Lee Díaz Cooper | TS-16,302

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de mayo de 2019.

Examinada la *Moción en Cumplimiento de Orden* presentada por la Sra. Kristina Lee Díaz Cooper (peticionaria) y *Certificación* enviada por el Programa de Educación Jurídica Continua (PEJC) presentada por la Lcda. María C. Molinelli González, damos por cumplida nuestra *Resolución* del 2 de abril de 2019. Se ordena la readmisión de la peticionaria a la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo